UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | 20 CR 567 (VB) |
| JOSHUA STEED, | : | |
| Defendant. | : | |

-----------------------------------------------------x

This case, in which defendant Steed has admitted a violation of supervised release, has been reassigned to the undersigned.

The VOSR sentencing hearing previously scheduled for January 7, 2027, is now rescheduled to **January 6, 2027, at 2:30 p.m.** The VOSR sentencing hearing will be conducted simultaneously with the sentencing hearing in United States v. Joshua Steed, 26-cr-439 (VB). Defendant's sentencing submission as to both matters is due December 16, 2026; the government's sentencing submission is due December 23, 2026.

Dated: September 30, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge